IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00541-RPM-MJW

RICHARD JARMAN,

    Plaintiff,

v.

SILVERMAN/BORENSTEIN,
formerly known as SILVERMAN LAW FIRM,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [12] filed July 27, 2011, it is

    ORDERED that this action is dismissed with prejudice.

    DATED:  July 28th, 2011

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge